P. 6    MOTION TO REMOVE CASE NO. CV 5:06CV-00453   SEC P

- THE PLAINTIFF MOVES THE COURT TO DELETE, REMOVE, STRIKE, DISMISS THE CIVIL ACTION NO 5:06CV-00453 FROM THE DOCKET TEXT OF THE PLAINTIFF FREDDIE R. LEWIS.

THE PLAINTIFF MOVES THE COURT TO REMOVE THE PLAINTIFF'S NAME FROM CV-00453 ACTION WHICH IS MOOT. SINCE DOC#8 HAS BEEN STRICKEN AND DOC#12 TO CONTINUE DOC#8 AS ADDENDUM TO FOREGOING CV.06-0179 HAS BEEN STRICKEN HORNSBY HAS GRANTED THE CONTINUANCE OF OF NO CAUSE OF ACTION OR DOCUMENT.

"IN ADDENDUM" THE PLAINTIFF MOVES THE COURT TO ORDER THE RESPONDENTS TO DISPATCH THE PLAINTIFF TO LSU FOR MEDICAL TREATMENT(S) TO RESTORE THE SIGHT TO THE PLAINTIFF'S LEFT EYE, TO REPAIR THE DAMAGE DONE TO THE PLAINTIFF'S FACE AND HEAD FRIDAY, MARCH, 10th, 2006 IN DORM 1 BY INMATE GEORGE HENDERSON.

THE PLAINTIFF MOVES THE COURT TO GRANT RELIEF TO THE PLAINTIFF FOR PERSONAL INJURY SUFFERED BY PLAINTIFF WHILE IN THE CUSTODY OF BOSSIER PARISH BOTH REAL AND IMAGINED.

THE PLAINTIFF MOVES THE COURT TO GRANT THE COMPENSATORY DAMMAGES AND PUNITIVE DAMMAGES FOR THE PHYSICAL PAIN, AND MENTAL PAIN AND SUFFERING INFLICTED ON THE PLAINTIFF WHILE IN THE CUSTODY OF THE BOSSIER PARISH SHERIFF DEPARTMENT AND BOSSIER CITY POLICE DEPARTMENT FROM NOV. 18, 2005 TO DATE OF RELEASE.

SIGNED UNDER THE PENALTY OF PERJURY THIS 4th DAY OF MAY, 2006.

*Freddie R. Lewis* (signature)

SUBMITTED BY: PLAINTIFF, PRO SE
FREDDIE R. LEWIS
46216
DORM 1
2960 PLAIN DEALING RD,
PLAIN DEALING LA. 71064.

RECEIVED
MAY 0 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Order
---

Due to the ambiguous nature of this motion and the request at the end of the motion for damages and other relief, the court will construe it as an Amended Civil Rights complaint in 06-453. If Plaintiff wishes to dismiss 06-453, he should file a motion that clearly says so. Otherwise, this motion is denied.

MH
5-8-06